NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1150

### GLEASON INDUSTRIAL PRODUCTS, INC. and PRECISION PRODUCTS, INC.,

Plaintiffs-Appellees,

v.

### CENTRAL PURCHASING, LLC.,

Defendant-Appellant,

v.

### UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 06-00089, Senior Judge Richard W. Goldberg.

ON MOTION

O R D E R

Upon consideration of the United States' motion for a 43-day extension of time, until May 22, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2009

JAN HORBALY
CLERK

cc: Matthew P. Jaffe, Esq.
    Louis S. Mastriani, Esq.
    Courtney E. Sheehan, Esq.

s8